**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 02 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KADEIDRA DAWSON on behalf of herself and
all other similarly situated consumers,

                  Plaintiff,

-against-

LAURA J. LOWENSTEIN & ASSOCIATES, LLC
AND CAPITAL RESOURCE MANAGEMENT, INC.,

                  Defendants.
------------------------------------------------------------X

Docket No.: 17-cv-01118 (KAM) (JO)

**STIPULATION
OF VOLUNTARY
DISMISSAL**

      Plaintiff, Kadeidra Dawson, hereby voluntarily dismisses this action, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with prejudice, and without costs, disbursements or attorney's fees to either party as against the other.

      An executed copy of this Stipulation shall be deemed the same as a signed original.

      This, the 30th day of May, 2017.

/s/ Maxim Maximov
Maxim Maximov, Esq.
Maxim Maximov, LLP
*Attorneys for Plaintiff*
1701 Avenue P
Brooklyn, NY 11229
(718) 395-3459


/s/ Arthur Sanders
Arthur Sanders, Esq.
Barron & Newberger, P.C.
*Attorneys for Defendant*
Capital Resource Management, Inc.
30 South Main Street
New City, NY 10956
(845) 499-2990

/s/ Matthew J. Bizzaro
Matthew J. Bizzaro, Esq.
L'Abbate, Balkan, Colavita
  & Contini, L.L.P.
*Attorneys for Defendant*
Laura J. Lowenstein & Associates, LLC
1001 Franklin Avenue
Garden City, NY 11530
(516) 294-8844

So Ordered: /s/ KAM
Kiyo A. Matsumoto
U.S. District Judge
June 1, 2017